■ In the Matter of KATHLEEN ZIELINSKI, Appellant, v ROGER SALINARDO, Respondent. [631 NYS2d 276] —Motion to dismiss appeal from order denying motion to vacate prior order granted on the ground that the order is not appealable as of right (*see*, Family Ct Act § 1112 [a]; *Evans v Delguidice*, 23 AD2d 791; *Matter of Brenner v Brenner*, 57 AD2d 813, *lv dismissed* 48 NY2d 606); motion insofar as it seeks attorney's fees and costs denied. Present— Pine, J. P., Lawton, Fallon, Doerr and Balio, JJ.

■ In the Matter of ELLEN PALACZ, Appellant, v RICHARD PALACZ, Respondent. [631 NYS2d 276] —Motion for permission to appeal as poor person and for assignment of counsel denied and appeal dismissed. Memorandum: The order sought to be appealed recites that it was entered upon stipulation of the parties. Thus, no appeal lies because petitioner is not aggrieved (*see*, CPLR 5511; *Town of Massena v Niagara Mohawk Power Corp.*, 45 NY2d 482, 488; *Matter of Brown v Starkweather*, 197 AD2d 840, *lv denied* 82 NY2d 653). Present—Pine, J. P., Lawton, Fallon, Doerr and Balio, JJ.

■ PEOPLE, Respondent, v JULIO ROSA, Appellant. [631 NYS2d 275] —Motion to withdraw defendant's brief denied. Memorandum: Documents not included as part of the stipulated record are not considered by this Court in the resolution of an appeal (*see*, *Waterman v Yamaha Motor Corp.*, 184 AD2d 1029). Present—Green, J. P., Lawton, Fallon, Callahan and Davis, JJ.

■ PEOPLE v JEFFREY CLARK, Defendant. [631 NYS2d 276] —Motion for change of venue denied. Memorandum: On this application seeking a change of venue, we conclude that defendant has not met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Niagara County (CPL 230.20 [2]). If it develops during voir dire that a fair and impartial jury cannot be drawn, an appropriate application may be made at that time. The relief requested in the application seeking a change of venue presently before this Court is premature (*see*, *People v Scott*, 197 AD2d 936; *see also*, *People v DiPiazza*, 24 NY2d 342). Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.